UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN BLOCKSOM,

    Petitioner,     Case No. 11-14859
                                        Hon. Matthew F. Leitman

v.

PAUL KLEE,

    Respondent.
_____/

## ORDER DISMISSING HABEAS CORPUS PETITION WITH PREJUDICE

This matter having come before the Court on Petitioner's unopposed motion to dismiss his habeas corpus petition with prejudice, IT IS HEREBY ORDERED THAT Petitioner's habeas corpus petition is DISMISSED WITH PREJUDICE.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: May 11, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2015, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (313) 234-5113